COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Raziel Jesus Munoz v. The State of Texas

Appellate case number:   01-12-00204-CR

Trial court case number:  1175702

Trial court:                    185th District Court of Harris County

The Texas Code of Criminal Procedure provides, in part: "If a criminal action or proceeding is . . . appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed." *See* Tex. Code Crim. Proc. Ann. § 103.006 (West 2006).

The District Court Clerk is ORDERED to file a supplemental clerk's record with the Clerk of this Court that contains the following document: a certified and signed bill of costs. *See* Tex. Code Crim. Proc. Ann. § 103.006.

The supplemental clerk's record is to be filed with the Clerk of this Court by December 21, 2012.


It is so ORDERED.


Judge's signature: /s/ Justice Huddle
                                ☒ Acting individually    ☐ Acting for the Court


Date:  December 13, 2012